# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50333 | **DATE** | 9/29/2004 |
| **CASE TITLE** | colspan="3" | LEVENTHAL vs. BLUMENFELD |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing held.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10)■ [Other docket entry] Plaintiff does not appear as ordered by the court. Defendant withdraws motion to dismiss and motion for sanctions. It is the Report and Recommendation of the Magistrate Judge that this case be dismissed for want of prosecution. Parties are given ten days from service of this order, as calculated under Rule 6 to file objections with Judge Reinhard, pursuant to FRCP 72. Objections need not be presented as stated in LR.53.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

|   | | | | Document Number |
|---|---|---|---|---|
|   | No notices required, advised in open court. | | number of notices | |
|   | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | 9-30-04 | |
|   | Notified counsel by telephone. | | date docketed | 10 |
|   | Docketing to mail notices. | | | |
|   | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | | |
|   | GG | courtroom deputy's initials | 9/29/2004 date mailed notice | |
|   | | Date/time received in central Clerk's Office | GG mailing deputy initials | |